383 A.2d 856

**Joseph BANKS, Appellant,**

**v.**

**STATE REGISTRATION BOARD OF PROFESSIONAL ENGINEERS, Individually and agent for them, President Michael Baker, Individually and agent for them, Department of Professional and Occupational Affairs, Commissioner Louis P. Vitti, Appellees.**

Supreme Court of Pennsylvania.

Argued Jan. 10, 1977.

Decided March 23, 1978.

Joseph Banks, I.P.P., for appellant.

Jeffrey G. Cokin, Harrisburg, for appellees.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER

PER CURIAM.

The order of the Commonwealth Court sustaining appellee's preliminary objections to appellant's complaint in man-

damus and dismissing that complaint is affirmed. See *Valley Forge Racing Ass'n v. State Horse Racing Comm.*, 449 Pa. 292, 297 A.2d 823 (1972).

JONES, former C. J., did not participate in the consideration or decision of this case.